IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO COLLINS,

      Plaintiff,                               No. CIV S-08-3078 KJM P

    vs.

WARDEN, MULE CREEK STATE PRISON,

      Defendants.                 <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On June 1, 2009, plaintiff was directed to submit an application to proceed in forma pauperis. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, obtained the certification required on the application form. <u>See</u> 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion to proceed in forma pauperis (docket no. 11) is denied without prejudice.

/////

1

1     2. Plaintiff shall submit, within thirty days from the date of this order, the
2 certification required on the application form.  Plaintiff's failure to comply with this order will
3 result in a recommendation that this action be dismissed without prejudice.
4     3. The Clerk of the Court is directed to send plaintiff a new Application to
5 Proceed In Forma Pauperis By a Prisoner.
6 DATED:  June 29, 2009.

_____
U.S. MAGISTRATE JUDGE

2/kly
coll3078.3e(2)

2