1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALONZO LONNIE COLLINS,

11              Plaintiff,                          No. CIV S-08-3078 KJM P

12        vs.

13   MULE CREEK STATE PRISON WARDEN,

14              Defendant.                          <u>ORDER</u>

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.  On April 16, 2009, plaintiff was directed to pay the filing fee or submit  an

18   application to proceed in forma pauperis.  Plaintiff has now filed a request for leave to proceed in

19   forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, obtained the

20   certification required on the application form.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff will be

21   provided the opportunity to submit the completed application and the certified copy in support of

22   his application to proceed in forma pauperis.

23              In accordance with the above, IT IS HEREBY ORDERED that:

24              1.  Plaintiff shall submit, within thirty days from the date of this order, the

25   certification required on the application form.  Plaintiff's failure to comply with this order will

26   result in a recommendation that this action be dismissed without prejudice.

1

2.  The Clerk of the Court is directed to send plaintiff a new Application to

Proceed In Forma Pauperis By a Prisoner.

DATED:  August 4, 2009.

_____
U.S. MAGISTRATE JUDGE

/md
coll3078.3e(3)

2