IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO LONNIE COLLINS,

    Plaintiff,                        No. CIV S-08-3078 KJM P

    vs.

MULE CREEK STATE PRISON, et al.,

    Defendants.                  ORDER

_____/

        By order filed September 29, 2009, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's motions to proceed in forma pauperis (docket nos. 13, 15, 16) are denied without prejudice; and

        2. This action is dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: November 24, 2009.

_____
U.S. MAGISTRATE JUDGE

1

1  2/coll3078.fta